JS-6

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 ROBERT CAULEY, | Case No. 2:25-cv-08146-AB (JCx) |
| 11    Plaintiff, | |
| 12 v. | **ORDER DISMISSING CIVIL ACTION** |
| 13 REDUNNDO, LLC; and DOES 1 to 10, | |
| 14    Defendants. | |

15

16    The Court has been advised that this action has been settled.

17    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

18 costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

19 open the action if settlement is not consummated. This Court retains full jurisdiction

20 over this action and this Order shall not prejudice any party to this action.

21
22
23 Dated: October 21, 2025    _____

24    HON. ANDRÉ BIROTTE JR.
   UNITED STATES DISTRICT JUDGE

25
26
27
28

1